NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**REALTIME DATA, LLC (doing business as IXO),**
*Plaintiff-Appellant,*

**v.**

**MORGAN STANLEY ET AL.,**
*Defendants-Appellees.\**

- - - - - - - - - - - - - - - - - - - -

**REALTIME DATA, LLC (doing business as IXO),**
*Plaintiff-Appellant,*

**v.**

**CME GROUP, INC. ET AL.,**
*Defendants-Appellees.*

- - - - - - - - - - - - - - - - - - - -

**REALTIME DATA, LLC (doing business as IXO),**
*Plaintiff-Appellant,*

**v.**

**THOMSON REUTERS CORPORATION ET AL.,**
*Defendants-Appellees.*

- - - - - - - - - - - - - - - - - - - -

**REALTIME DATA, LLC (doing business as IXO),**
*Plaintiff-Appellant,*

**v.**

**CME GROUP, INC. ET AL.,**

---

\*    For purposes of this order only, the court is using abbreviated captions for these cases.  The parties should use the full captions for briefs, etc.

*Defendants-Appellees.*

- - - - - - - - - - - - - - - - - - - - -

**REALTIME DATA, LLC (doing business as IXO),**
*Plaintiff-Appellant,*

**v.**

**THOMSON REUTERS CORPORATION ET AL.,**
*Defendants-Appellees.*

- - - - - - - - - - - - - - - - - - - - -

**REALTIME DATA, LLC (doing business as IXO),**
*Plaintiff-Appellant,*

**v.**

**MORGAN STANLEY ET AL.,**
*Defendants-Appellees.*

- - - - - - - - - - - - - - - - - - - - -

**REALTIME DATA, LLC (doing business as IXO),**
*Plaintiff-Appellant,*

**v.**

**CME GROUP, INC. ET AL.,**
*Defendants-Appellees.*

- - - - - - - - - - - - - - - - - - - - -

**REALTIME DATA, LLC (doing business as IXO),**
*Plaintiff-Appellant,*

**v.**

**THOMSON REUTERS CORPORATION ET AL.,**
*Defendants-Appellees.*

- - - - - - - - - - - - - - - - - - - - -

_____

**REALTIME DATA, LLC (doing business as IXO),**
*Plaintiff-Appellant,*

**v.**

**MORGAN STANLEY ET AL.,**

*Defendants-Appellees.*

———————————

2013-1092, -1093, -1095, -1097, -1098, -1099, -1100, -1101, -1103

———————————

Appeals from the United States District Court for the Southern District of New York in case nos. 11-CV-6696 through 11-CV-6704, Judge Katherine B. Forrest.

———————————

**ON MOTION**

———————————

**O R D E R**

Realtime Data, LLC moves to consolidate the nine above-captioned appeals. NYSE Amex, LLC moves to reform the caption in 13-1093, 13-1097, and 13-1100 to change its name to "NYSE MKT, LLC (formerly known as NYSE Amex, LLC)".

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that consolidated briefing is ordered. The appellant shall file a single opening brief that includes its arguments for all of these appeals. The appellant's brief and reply brief shall include the full captions of all of these appeals and a copy of the brief shall be e-filed in each of the appeals. The appeals shall otherwise retain their separate status on the docket.

(2) A copy of appellees' brief shall be e-filed in each appeal in which they are involved. The appellees are

REALTIME DATA, LLC V MORGAN STANLEY                                    4

encouraged to reduce the amount of briefing in these appeals.

(3)  Each party or set of parties joining in a brief need only file a total of 6 paper copies of their brief.

(4) The cases will be assigned to the same merits panel.

(5) The motion to reform the captions is granted.  In 2013-1093, -1097 and -1100, "NYSE Amex, LLC" shall be replaced with "NYSE MKT, LLC (formerly known as NYSE Amex, LLC)".

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s8